IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:18-CR-095-Z-BR-3 |
| | § | |
| KRYSTAL KAO VANG | § | |
| | § | |

**ORDER SETTING OTHER TERMS OF SUPERVISED RELEASE**

It is hereby ORDERED that the above-named defendant, while on supervised release, comply with the Standard Conditions recommended by the United States Sentencing Commission at Section 5D1.3(c) of the Guidelines Manual, and comply with the below-listed other conditions of supervised release, which are derived from Sections 5D1.3(a), (b), (d), and (e), in relevant part:

1. The defendant shall not commit another federal, state or local crime.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.

4. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

I acknowledge receipt of the foregoing terms of supervised release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.

March 10, 2020

_____
Defendant's Signature

_____
Defense Counsel

_____
Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE